In the Matter of BENJAMIN F. MAGED et al., Copartners, under the Firm Name of MAGED & FRIEDLAND, Appellants.

JOSEPH A. BRODERICK, Superintendent of Banks, in Charge of Liquidation of THE BANK OF UNITED STATES, Respondent.

(Argued May 31, 1932; decided June 14, 1932.)

*David B. Friedland* and *I. Louis Winokur* for appellants.
*Arthur Ofner, Warren C. Fielding, Harold N. Cohen* and *Carl J. Austrian* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.